12 A.3d 289

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

v.

**Anthony JOHNSON, Petitioner.**

**No. 106 EM 2010.**

Supreme Court of Pennsylvania.

Jan. 13, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of January, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**